**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSE PERALTA,

        Plaintiff,

v.                                    Case No:  6:15-cv-38-Orl-40GJK

TROPIC DECOR, INC., EARL WILSON,
SR. and EARL WILSON, JR.,

        Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Renewed Joint Motion for Approval of Settlement and for Dismissal with Prejudice (Doc. 30) filed on January 8, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection to the Magistrate Judge's Report and Recommendation (Doc. 32) was filed on March 15, 2016, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 10, 2016 (Doc. 31), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The non-disparagement clause and confidentiality provisions of the Superseding Agreement are **STRICKEN.**

3. The Renewed Joint Motion for Approval of Settlement and for Dismissal with Prejudice (Doc. 30) is **GRANTED** to the extent that the Court finds the Superseding Agreement (Doc. 30-1) to be a fair and reasonable compromise of Plaintiff's FLSA claims.

4. The Renewed Joint Motion is otherwise **DENIED.**

5. This case is **DISMISSED with prejudice**.

6. The Clerk is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on March 22, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties